CO-386-online
10/03

# United States District Court
# For the District of Columbia

Willard Associates, a limited partnership, )
d/b/a Willard Inter-Continental Hotel, )
)
)
            Plaintiff )   Civil Action No._____
    vs )
Basic Research, LLC )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   Plaintiff   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Willard Associates, a limited partnership   which have any outstanding securities in the hands of the public:

Inter-Continental D.C. Operating Corp.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

485879
BAR IDENTIFICATION NO.

Zachary Taylor Shultz
Print Name

815 Connecticut Avenue, NW; Suite 500
Address

Washington, DC    20006-4004
City          State          Zip Code

202-463-2400
Phone Number