# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL, 1401 Pennsylvania Avenue, N.W. Washington, D.C. 20004<br><br>　　　Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:06CV01171<br>)<br>)<br>)<br>)<br>)<br>) |

## ERRATA TO PLAINTIFF'S COMPLAINT

Plaintiff, Willard Associates, a limited partnership, d/b/a Willard Inter-Continental Hotel ("Plaintiff"), by undersigned counsel, hereby submits Exhibit A to Plaintiff's Complaint in the above captioned action, as referenced at Paragraph 6, Page 2 of the Complaint. Exhibit A is hereto attached. Plaintiff also submits a revised first page of the Complaint that sets forth Plaintiff's address in the caption.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP


　　　　　　　　　　　　　　　　___s/Z. Taylor Shultz_____
　　　　　　　　　　　　　　　　David A. Blake, Esq. (Bar No. 463940)
　　　　　　　　　　　　　　　　Z. Taylor Shultz, Esq. (Bar No. 485879)
　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　815 Connecticut Avenue, NW; Suite 500
　　　　　　　　　　　　　　　　Washington, DC  20006-4004
　　　　　　　　　　　　　　　　202-463-2400 (telephone)
　　　　　　　　　　　　　　　　202-828-5393 (facsimile)

Date:  June 28, 2006　　　　　　*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Errata To Plaintiff's Complaint was filed electronically and sent to Defendant for service by Private Process Server this 28th day of June, 2006.

                                                  ___s/Z. Taylor Shultz_____
                                                  Z. Taylor Shultz

DC1 30168895.1