# EXHIBIT A

Jan 30 06 10:50a          S          ⌐          8015172003                          P.3

Group Reservation Agreement
between
Willard InterContinental Washington DC
and
Basic Research

represented by

| | |
|---|---|
| | Ms. Lynnette Swensen |
| Street | Basic Research |
| | 5742 West harold Gatty Drive |
| City | Salt Lake City, UT 84116 |
| Country | USA |
| Telephone | 801-530-2523 |
| Fax # | 801-517-7003 |

The above parties agree to enter into a Group Reservation Agreement as per the following terms and conditions:

The Client agrees to contract the following number of rooms at the Willard InterContinental Washington for the following period:

Group name:   **Basic Research**

| | Standard Guest Room | Executive Suite | Oval Suite | Washington Suite | Total |
|---|---|---|---|---|---|
| Monday 02/27/06 | 12 | 1 | 0 | 1 | 14 |
| Tuesday 02/28/06 | 12 | 1 | 0 | 1 | 14 |
| Wednesday 03/01/06 | 12 | 1 | 0 | 1 | 14 |
| Thursday 03/02/06 | 11 | 1 | 0 | 1 | 14 |
| Friday 03/03/06 | 11 | 1 | 0 | 1 | 14 |
| Saturday 03/04/06 | 12 | 1 | 0 | 1 | 14 |
| Sunday 03/05/06 | 12 | 1 | 1 | 1 | 15 |
| Monday 03/06/06 | 12 | 1 | 1 | 1 | 15 |
| Tuesday 03/07/06 | 15 | 1 | 1 | 1 | 18 |
| Wednesday 03/08/06 | 15 | 1 | 1 | 1 | 18 |
| Thursday 03/09/06 | 15 | 1 | 1 | 1 | 18 |
| Friday 03/10/06 | 15 | 1 | 1 | 1 | 18 |
| Saturday 03/11/06 | 15 | 1 | 1 | 1 | 18 |
| Sunday 03/12/06 | 15 | 1 | 1 | 1 | 18 |
| Monday 03/13/06 | 15 | 1 | 1 | 1 | 18 |
| Tuesday 03/14/06 | 15 | 1 | 1 | 1 | 18 |
| Wednesday 03/15/06 | 15 | 1 | 1 | 1 | 18 |
| Thursday 03/16/06 | 15 | 1 | 1 | 1 | 18 |
| Friday 03/17/06 | 15 | 1 | 1 | 1 | 18 |
| Saturday 03/18/06 | 15 | 1 | 1 | 1 | 18 |
| Sunday 03/19/06 | 15 | 1 | 0 | 1 | 17 |
| Monday 03/20/06 | 15 | 1 | 0 | 1 | 17 |
| Tuesday 03/21/06 | 15 | 1 | 0 | 1 | 17 |

Jan 30 06 10:50a          S         ⌒                    8015172003                    p.4

| | | | | |
|---|---|---|---|---|
| Wednesday 03/22/06 | 15 | 1 | 0 | 1 | 17 |
| Thursday 03/23/06 | 15 | 1 | 0 | 1 | 17 |
| Friday 03/24/06 | 15 | 1 | 0 | 1 | 17 |
| Saturday 03/25/06 | 15 | 1 | 0 | 1 | 17 |
| Sunday 03/26/06 | 15 | 1 | 0 | 1 | 17 |
| Monday 03/27/06 | 15 | 1 | 0 | 1 | 17 |
| Tuesday 03/28/06 | 15 | 1 | 0 | 1 | 17 |
| Wednesday 03/29/06 | 15 | 1 | 0 | 1 | 17 |
| Thursday 03/30/06 | 15 | 1 | 0 | 1 | 17 |
| Total | 456 | 32 | 14 | 32 | 534 |

## ROOM RATES
The following room rates will apply:

| Room Type | Single Rate | Double Rate |
|---|---|---|
| Standard Room | $ 309.00 | $ 309.00 |
| Executive Suite | $ 799.00 | $ 799.00 |
| Oval Suite | $ 1,100.00 | $ 1,100.00 |
| Washington Suite | $2,500.00 | $ 2,500.00 |

Additional Person   $30.00 per person per night

Rates are noncommissionable and subject to applicable city and occupancy taxes currently 14.5%. Children 17 years old and younger will not be charged as additional persons.

* All suite rates are quoted with one bedroom. Other suite types may be reserved by your Group based upon availability.

## CUT OFF DATE
The guest room block will be held until February 13, 2006. Following the Cut Off date, all rooms still outstanding in the block i.e. which are not confirmed with a guest name, arrival and departure dates, will be released back into general inventory for the hotel to resell. Any rooms requested by Basic Research following the release of the block will be subject to prevailing and rates and availability.

## DECISION DATE
The decision date is January 27, 2006. The room block and function space will be held until this date. If, by this time, we have not received the signed agreement, all rooms and function space will be released.

## PUBLISHED RATES

| | |
|---|---|
| Standard Guestroom | $610.00 |
| Willard Room | $790.00 |
| Junior Suite* | $1,200.00 |
| Executive Suite* | $1,800.00 |
| Executive Suite Penn View | $2,000.00 |

## RESERVATION PROCEDURES
We understand that your reservations will be made through:

Rooming List          Reservations will be finalized by rooming list, which is due on February 13, 2006. The rooming list should clearly show arrival and departure dates of each guest.

Jan 30 06 10:50a    S    ⌢    8015177003    p.5

method of guarantee, and any special requests or additional instructions such as non-smoking, special billing arrangements, double beds etc. Please fax your rooming list(s) directly to Sales at (202) 637-7307.

The release date for the block of rooms is 5:00pm (Eastern Time) February 13, 2006. Please ensure that you have submitted your requirements to the hotel prior to that date. Any reservations received after February 13, 2006 will be based upon availability of both space and rate.

Check-in time is 3:00 p.m. on the day of arrival. Check out is 12 noon on the day of departure. If early arrivals and late departures are necessary, please let us know in advance. We will make every effort to accommodate your requests.

## PORTERAGE and ROOM DELIVERIES

If there is a group arrival or group departure, a unified bell service effort will be required. A charge of $10.50 per person round-trip will be charged to the group's Master Account based upon the number of guests requiring the service.

Currently, each delivery is being charged at $2.00 for deliveries outside the room and $3.00 for deliveries inside the guest room. Please note that delivery charges are subject to change and will be confirmed by your conference services contact prior to your program.

We suggest a maid gratuity of $3.00 per room per day. If you wish, this may be added to your master account.

## BILLING PROCEDURES

| | |
|---|---|
| Full Master Account | It is our understanding that all room, tax and incidental charges as well as organization functions will be paid by Basic Research, pending approval of credit. |
| Reservation Guarantee | The Willard InterContinental Washington DC requires a first night deposit or guarantee on all reservations. When a reservation is guaranteed by a check or money order, the guest has 10 days to provide a guarantee. If the guarantee is not received 10 days prior to arrival, the reservation will be canceled. Reservations can be guaranteed by check, money order, major credit card or to your master account. |
| | If guestrooms are to be guaranteed to your Master Account, we will require that you state this in writing on your letterhead. |
| Cancellation | Individual reservations must be canceled by 6:00pm the day prior to arrival to avoid a no-show charge. |
| Billing | Full payment is due upon checkout, or with approved credit, within 30 days of presentation of invoices. |

## CREDIT POLICY

All events require a deposit no later than 30 days prior to the scheduled event. All payments and deposits are accepted via credit card or company check. To make payment by credit card submit the enclosed credit card authorization form completed and signed, along with a copy of the front and back of the card.

If your organization wishes to apply for credit, the enclosed credit application must be completed and received by our credit office 30 days prior to the function. Please return application to:

Sales Department
Attn: Katie Thompson
Willard InterContinental Hotel

In the event credit is approved, a master account will be established. All invoices are due and payable upon receipt. All disputed invoices must be communicated to the hotel's Accounting department within 10 days of receipt, otherwise the invoice is deemed as correct and payable in full. Should the hotel deem any portion of this account to be delinquent, 2006 Katie Thompson Inquiry Account agrees to be responsible for an interest penalty at the maximum rate allowed by law. 2006 Katie Thompson Inquiry Account will also be responsible for all attorney's fees and all other cost as incurred by the Hotel in the collections of monies owed under this agreement.

In the event that credit is not requested or not approved, payment of the group's total estimated master account(s) will be due to the hotel 30 days before the first scheduled event. Failure to remit the appropriate payment on a timely basis will result in cancellation of all arrangements outlined in this contract and the Group shall be liable for the amounts as described in the cancellation policy.

## DEPOSIT

| Hotel Deposit Fee(s) | Deposit Due Date | Amount Due |
|---|---|---|
| Initial Deposit | 1/30/2006 | $ 90,000.00 |

" Deposit intro ce attached.

## ATTRITION

The following is a schedule of fees in the event that your cumulative room pick up does not attain contracted numbers (this is a one-time fee):

| $ 222,591.00 (85% or more of estimated room revenue): | None |
|---|---|
| $ 222,590.00 (84% or less of estimated room revenue): | All rooms that are not picked up will be charged 100% at the group rate. |

## SIGNAGE

Signage is not permitted in the lobby or other public areas of the Willard. Signage to be used in the immediate area of meeting activities must be professionally executed, no larger than 24 inches wide and 36 inches high, and must be approved by the hotel Conference Services Manager.

## HOTEL POLICIES REGARDING DISPLAYS AND DELIVERIES

Hotel is not responsible for the creation of signs
Packages/Crates/Deliveries and all the shipments to the Hotel for Event purposes need to be labeled as follows:

Name of recipient
Name of group in house
Name of Conference Services Contact
Date of the event

## CANCELLATION POLICY
## ROOMS

In the event of the cancellation of your program after receipt of this signed agreement, the following sliding scale will be assessed as cancellation fee:

| Upon Signature – Arrival | $ 222,591.00 85% of estimated room revenue |
|---|---|

The total liquidated damages are calculated by multiplying the contracted total room nights by the contracted rate(s).

## ADA COMPLIANCE

Willard InterContinental Washington DC agrees to use good faith and efforts to assure the Hotel complies with Title III of the Americans with Disabilities Act (ADA) and its regulations and guidelines.

## ACTS of GOD

Neither party shall be responsible for any failure of performance due to acts of God, labor disputes, porterage of materials, government authority, other circumstances beyond the reasonable control of either party.

The parties executing this contract hereby represent that they are authorized to bind their respective principals.

## GOVERNING LAW

This Contract shall be governed by and construed under the laws of the District of Columbia. If any provision of the Contract is unenforceable under applicable law, the remaining provisions shall continue in full force and effect.

## AGREEMENT ACCEPTANCE

Confirmed in this agreement are detailed commitments and arrangements to be provided. To enable us to provide maximum service any requirements beyond these commitments should be indicated by you upon return of the signed copy of this agreement. The conditions shall be considered confirmed upon hotel's receipt of signed copy of this agreement (changes must be ratified by counter initial of sales manager), which is to be received no later than January 27, 2006.

Should your meeting specifications be requested by another organization prior to your option date, the Willard Inter-Continental Washington will notify you and provide a forty-eight (48) hour decision period for your organization to confirm this agreement or release the dates requested.

At any time, should another organization request your space, you have the right of first refusal for two (2) business days to sign a contract, or the Hotel has the right to change the status of this booking to a second option.

If the conditions of this agreement meet with your approval, please indicate your acceptance by signing and returning a copy of this agreement by January 27, 2006. All arrangements will be considered on a tentative basis until this document is signed and returned. It is our understanding that the undersigned is empowered by said organization to accept this agreement.

The parties executing this contract hereby represent that they are authorized to bind their respective principals.

## FACSIMILE of CONTRACT

Both parties agree that a facsimile transmission (with confirmation) of this contract constitutes acceptable delivery and legally binds the parties to this agreement.

Ms. Lynanne Swensen
Basic Research

DATE 1/27/2006

Katie Thompson
Willard InterContinental Washington DC

DATE 1/30/06

Jan 30 06 10:51a        S    ~.                    8015172303                    P.8

## DEPOSIT INVOICE

**GROUP NAME:**
   Basic Research

**GROUP CONTACT:**
   Ms. Lynanne Swensen

**HOTEL:**
Willard Inter-Continental Washington DC

**CONTACT:**
Katie Thompson .

**ADDRESS:**
   Basic Research
   5742 West harold Gatty Drive
   Salt Lake City, UT 84116

**DATES:**
   February 2006

**ROOM REVENUE:**

| Room Type | # of Rooms | Average Rate | Total |
|-----------|-----------|--------------|-------|
| Standard  | 534       | $490.40      | $ 261,872.00 |

**DEPOSIT SCHEDULE:**

| Type of Deposit | Due Date | Amount Due |
|-----------------|----------|------------|
| Initial Deposit | 1/30/2006 | 90,000.00 |

*Deposit does not include additional room nights and incidental charges due in full upon departure.

**METHOD of PAYMENT:**
Deposit may be made by a company check, wire transfer or credit card as noted below.

    ❖  Please make checks payable to:
    ❖  Wire Transfer Instructions:

Willard InterContinental Washington DC
CITIBANK F.S.B.
1400 G Street, NW
Washington, D.C. 20004
ABA #254070116
A/C # 6675 5379
(Please add $25.00 handling fee for each transfer)

    ❖  Credit card forms will be provided upon request.

_____
Ms. Lynanne Swensen

_____
Katie Thompson

### DIRECT BILLING APPLICATION

The Willard InterContinental would like to offer the convenience of direct billing. Please complete the application, sign where indicated, and return to Katie Thompson at (202) 637-7307. Note, all information below is mandatory for establishing a direct bill account. You will be notified of your application status 30 days prior to arrival.

FIRM NAME: Basic Research      DATE: May 30, 2006 January 27, 2006

BILLING ADDRESS:    Basic Research      PHONE: 801-530-2923

5742 West harold Gatty Drive    NATURE OF BUSINESS: In-House Meeting

CITY, STATE, ZIP:    Salt Lake City, UT 84116      WEBSITE

IS FIRM INCORPORATED: _____ (YES) _____ (NO)

IF NOT INCORPORATED, WHO WILL BE RESPONSIBLE FOR PAYMENT: _____

YEARS N BUSINESS: _____ HAVE YOU EVER FILED BANKRUPTCY: _____

### REFERENCE

BANK NAME: _____

PHONE/FAX: _____ / _____

ADDRESS: _____

ACCT: # _____

HOTEL NAME: _____ PHONE: _____

ADDRESS: _____ DATE OF LAST VISIT: _____

WHAT WAS THE HOTEL USED FOR: _____

HOTEL NAME: _____ PHONE: _____

ADDRESS: _____ DATE OF LAST VISIT: _____

WHAT WAS THE HOTEL USED FOR: _____

HOTEL NAME: _____ PHONE: _____

ADDRESS: _____ DATE OF LAST VISIT: _____

WHAT WAS THE HOTEL USED FOR: _____

The undersigned authorizes the Willard Inter-Continental to verify the above information. Payment is net 30 days. Should this account not be paid in a timely manner and if it becomes necessary to institute legal action to collect this account, I/WE agree to pay any court cost incurred as well as reasonable attorney fees.

AUTHORIZED SIGNATURE: _____ DATE: _____

NAME (PRINT): _____ TITLE: _____

DIRECT BILLING REQUEST FOR: ROOMS: $ 261,872.00   CATERING: $ 0.00, OTHER _____

DATES TO BE COVERED BY DIRECT BILLING: _____ INITIAL: _____

FOR HOTEL USE ONLY:

Credit Manager Authorization: _____ Date: _____

Comments: _____

## CREDIT CARD GUARANTEE OF PAYMENT FORM

I, Haley Blackett _____ authorize use of my credit card to be used as

_____ Full Payment    _____ Guarantee of Payment    X Deposit

For the following individual or function:

Name:              Ms. Lynanne Swenson

Company:           Basic Research

Address:           5742 West Harold Gatty Drive

                   Salt Lake City, UT 84116

Tel / Fax #:       801-530-2923 / 801-517-7003

On the dates of:   _____

Hotel Sales, Catering, or Conference Services contact:    Katie Thompson

Charges to be included are marked below:
_____ Room & Tax only              X  Room, Tax & Incidentals
_____ Banquet Charges              _____ Other, defined below

AMEX
Credit Card Type & Number: 3794 658215 71005   Exp. Date: 11/09

Name as it appears on the Card:  Haley Blackett

Billing Address:  5742 West Harold Gatty Drive

                  Salt Lake City UT   84116

Card Holder's Signature:  Haley Blackett

* Cards used as full payment or guarantee will be charged within 10 business days of arrival.
* Cards used as a deposit will be charged as specified on the contract.
* Please attach a legible photocopy of the credit card's FRONT and BACK -- this form will not be acceptable without the photocopy of the card.