# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL, 1401 Pennsylvania Avenue, N.W. Washington, D.C. 20004<br><br>　　　Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC<br><br>　　　Defendant. | Civil Action No. 1:06CV01171 |

## COMPLAINT

COMES NOW Plaintiff Willard Associates, a limited partnership, d/b/a Willard Inter-Continental Hotel, by and through its undersigned attorneys, and for its Complaint against Defendant, Basic Research, LLC states as follows:

## THE PARTIES

1.　　Plaintiff, Willard Associates, is a limited partnership d/b/a Willard Inter-Continental Hotel (hereafter, the "Willard") that operates a hotel located at 1401 Pennsylvania Avenue, N.W., Washington, D.C. 20004 (hereafter, the "Hotel"). The Willard's general partner is the Oliver Carr Company, a corporation organized and existing under the laws of the District of Columbia, with its principal place of business located in Washington, D.C.

2.　　Upon information and belief, defendant, Basic Research, LLC ("Basic Research") is a corporation organized and existing under the laws of the State of Utah