IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTERCONTINENTAL HOTEL<br><br>Plaintiff<br><br>vs.<br><br>BASIC RESEARCH, LLC,<br><br>Defendant | Case No.: 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, Joseph Walker, a member in good standing of the bar of this Court, move for the admissions of Gary Bendinger and Christopher B. Sullivan, of the law firm of Howrey LLP, 170 South Main Street, Suite 400, Salt Lake City, Utah 84101-1605, to appear *pro hac vice* in this matter as counsel on behalf of Defendant, Basic Research, LLC

The accompanying declarations of Gary F. Bendinger and Christopher B. Sullivan are submitted in support of this motion.

Subsequent to service of this motion and related papers, counsel for Defendant will confer with counsel for the Plaintiff with the expectation that there will be no opposition to this motion.

Respectfully submitted,

_____
Joseph Walker (DC Bar No. 452911)
Richard W. Beckler (DC Bar No. 262246)
Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800 (Telephone)
(202) 383-6610 (Fax)

Gary F. Bendinger (UT Bar No. 00281)
Christopher B. Sullivan (IL Bar No. 6230362)
Howrey LLP
170 South Main Street
Suite 400
Salt Lake City, UT 84101-1605
(801) 533-8383 (Telephone)
(801) 531-1486 (Fax)

Attorneys for
Basic Research, LLC

Dated: July 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTERCONTINENTAL HOTEL<br><br>Plaintiff<br><br>vs.<br><br>BASIC RESEARCH, LLC,<br><br>Defendant | Case No.: 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

## DECLARATION OF CHRISTOPHER B. SULLIVAN TO APPEAR *PRO HAC VICE*

I, Christopher B. Sullivan, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct to the best of my knowledge.

1. My full name is Christopher Brian Sullivan. I am a partner at the firm of Howrey LLP, and counsel for Basic Research, LLC, the Defendant in the above captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice*.

2. My office address is Howrey LLP, 170 South Main Street, Suite 400, Salt Lake City, Utah 84101-1605. My office telephone number is (801)533.8383 (direct dial is 350.7827), and my office fax number is (801) 531.1486.

3. I am admitted to practice in the State of Illinois.

4. I certify that I have not been disciplined by any bar.

5. In the last two years, I have not been admitted to practice *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I do not have an application for membership to the District of Columbia Bar pending.

EXECUTED on July 20, 2006 at Salt Lake City, Utah.

_____
Christopher B. Sullivan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTERCONTINENTAL HOTEL<br><br>Plaintiff<br><br>vs.<br><br>BASIC RESEARCH, LLC,<br><br>Defendant | Case No.: 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

**[PROPOSED ] ORDER ADMITTING CHRISTOPHER B. SULLIVAN *PRO HAC VICE***

This matter is before this Court on the application of Christopher B. Sullivan for admission to practice before this Court *pro hac vice*. Upon consideration of the motion and the record herein, it is this ___ day of ____, 2006,

ORDERED that the motion be granted.

_____
Judge Paul L. Friedman

Copies of this Order shall be served upon:

>Joseph Walker, Esq.
>Richard W. Beckler, Esq.
>Howrey, LLP
>1299 Pennsylvania Ave, NW
>Washington, D.C. 20004
>
>Gary F. Bendinger, Esq.
>Christopher B. Sullivan, Esq.
>Howrey LLP
>170 South Main Street
>Suite 400
>Salt Lake City, UT 84101-1605
>
>Zachary Taylor Shultz
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, DC 20006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTERCONTINENTAL HOTEL )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BASIC RESEARCH, LLC, )<br>)<br>Defendant )<br>) | Case No.: 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

### DECLARATION OF GARY F. BENDINGER TO APPEAR *PRO HAC VICE*

I, Gary F. Bendinger, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct to the best of my knowledge.

1. My full name is Gary Frederick Bendinger. I am a partner at the firm of Howrey LLP, and counsel for Basic Research, LLC, the Defendant in the above captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice*.

2. My office address is Howrey LLP, 170 South Main Street, Suite 400, Salt Lake City, Utah 84101-1605. My office telephone number is (801)533.8383 (direct dial is 350.7835), and my office fax number is (801) 531.1486.

3. I am admitted to practice in the State of Utah.

4. I certify that I have not been disciplined by any bar.

5. In the last two years, I have not been admitted to practice *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I do not have an application for membership to the District of Columbia Bar pending.

EXECUTED on July 20, 2006 at Salt Lake City, Utah.

_____
Gary F. Bendinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTERCONTINENTAL HOTEL )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BASIC RESEARCH, LLC, )<br>)<br>Defendant ) | Case No.: 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

**[PROPOSED ] ORDER ADMITTING GARY F. BENDINGER *PRO HAC VICE***

This matter is before this Court on the application of Gary F. Bendinger for admission to practice before this Court *pro hac vice*. Upon consideration of the motion and the record herein, it is this ___ day of ____, 2006,

ORDERED that the motion be granted.

_____
Judge Paul L. Friedman

Copies of this Order shall be served upon:

>Joseph Walker, Esq.
>Richard W. Beckler, Esq.
>Howrey, LLP
>1299 Pennsylvania Ave, NW
>Washington, D.C. 20004
>
>Gary F. Bendinger, Esq.
>Christopher B. Sullivan, Esq.
>Howrey LLP
>170 South Main Street
>Suite 400
>Salt Lake City, UT  84101-1605
>
>Zachary Taylor Shultz
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, DC  20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2006, true and correct copies of the foregoing **MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** was served on the following individuals by electronic mail and certified first-class mail:

Zachary Taylor Shultz
Seyfarth Shaw LLP
815 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006

_____
Lois Freedman