UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BASIC RESEARCH, LLC,<br><br>　　　　Defendant. | Case No. 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

## MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 12(b)(6)

Defendant Basic Research, LLC ("Basic Research"), by and through counsel, moves this court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims in the Complaint on the grounds for failure to state a claim upon which relief can be granted.

The Court should dismiss the Complaint because it fails to plead the essential elements of either breach of contract or promissory estoppel, the only two causes of action asserted in the Complaint.

For the foregoing reasons, and as more fully set forth in the accompanying Memorandum, Basic Research respectfully requests the Court grant Basic Research's

motion thereby dismissing the Complaint with prejudice and enter an Order substantially in the form as attached hereto as EXHIBIT 1.

Respectfully submitted,

_____
Joseph Walker (DC Bar No. 452911)
Richard W. Beckler (DC Bar No. 262246)
Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800 (Telephone)
(202) 383-6610 (Fax)

Gary F. Bendinger (UT Bar No. 00281)
Christopher B. Sullivan (IL Bar No. 6230362)
Howrey LLP
170 South Main Street
Suite 400
Salt Lake City, UT 84101-1605
(801) 533-8383 (Telephone)
(801) 531-1486 (Fax)

Attorneys for
Basic Research, LLC

2