## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL, <br><br>      Plaintiff, <br><br>  vs. <br><br>BASIC RESEARCH, LLC, <br><br>      Defendant. | Case No. 1:06-cv-01171-PLF <br> Judge: Paul L. Friedman |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PURSUANT TO THE *"COLORADO RIVER DOCTRINE"*

Defendant Basic Research, LLC ("Basic Research"), by and through counsel, moves this court, pursuant to Rule 12(b)(6) of the Federal Rules the Colorado River Doctrine, to dismiss all claims in the Complaint or, in the alternative, to stay proceedings.

Under the Colorado River Doctrine, the Court should refuse to exercise jurisdiction and dismiss or, in the alternative, stay the pending action in favor of the current parallel state proceeding.

For the foregoing reasons, and as more fully set forth in the accompanying Memorandum, Basic Research respectfully requests the Court grant Basic Research's

Motion to Dismiss and enter an Order substantially in the form as attached hereto
as EXHIBIT 1.

Respectfully submitted,

Joseph Walker (DC Bar No.  452911)
Richard W. Beckler (DC Bar No. 262246)
Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800 (Telephone)
(202) 383-6610 (Fax)

Gary F. Bendinger (UT Bar No. 00281)
Christopher B. Sullivan (IL Bar No. 6230362)
Howrey LLP
170 South Main Street
Suite 400
Salt Lake City, UT  84101-1605
(801) 533-8383 (Telephone)
(801) 531-1486 (Fax)

Attorneys for
Basic Research, LLC