UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,<br><br>    Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>    Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT**
**TO FILE AMENDED COMPLAINT**

Plaintiff WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL, by and through its undersigned counsel, hereby submits this Motion for Leave of Court to File Amended Complaint (the "Motion") pursuant to Fed. R. Civ. P. 15(a) and Local Rule 7(i).

Plaintiff respectfully requests that the Court grant Plaintiff's Motion and enter an Order substantially similar to the order attached hereto. A Memorandum of points and authorities in support of this Motion is hereto attached and incorporated by reference.

                                            Respectfully submitted,
                                            SEYFARTH SHAW LLP

                                            ___s/Z. Taylor Shultz_____
                                            David A. Blake, Esq. (Bar No. 463940)
                                            Z. Taylor Shultz, Esq. (Bar No. 485879)
                                            SEYFARTH SHAW LLP
                                            815 Connecticut Avenue, NW; Suite 500
                                            Washington, DC  20006-4004
                                            202-463-2400 (telephone)
                                            202-828-5393 (facsimile)

Date: August 3, 2006                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion For Leave of Court to File Amended Complaint and Memorandum in support thereof was filed electronically and sent by electronic mail this 3rd day of August 2006 to:

>Gary F. Bendinger, Esq.
>David A. Greenwood, Esq.
>Howrey LLP
>170 South Main Street, Suite 400
>Salt Lake City, UT 84101

>\_\_\_s/Z. Taylor Shultz_____
>Z. Taylor Shultz