UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,<br><br>    Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>    Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Willard Associates, a limited partnership, d/b/a Willard Inter-Continental Hotel and respectfully submits this Memorandum of Points and Authorities in Support of its Motion for Leave of Court to File Amended Complaint (the "Motion"). In support of its Motion, Plaintiff states as follows:

1. On or about June 26, 2006, Plaintiff filed its Complaint against Defendant Basic Research ("BR") in the above-captioned action, Case No.1:06-cv-01171-PLF, asserting two causes of action against BR for Breach of Contract and Promissory Estoppel.

2. Plaintiff's Complaint mistakenly identifies itself in the caption and in the Complaint at ¶1, as Willard Associates, a limited partnership, d/b/a Willard Inter-Continental Hotel, which is the owner of the hotel property. Instead, Plaintiff should have identified itself as Inter-Continental Hotels Corp., d/b/a Willard InterContintental Washington DC, which is the company that manages the hotel and that is the party to the contract identified in the Complaint.

3. Plaintiff, Inter-Continental Hotels Corp., d/b/a Willard InterContinental Washington DC ("the Willard"), operates a hotel located at 1401 Pennsylvania Avenue, N.W.,

Washington, D.C. 20004 (hereafter, the "Hotel"). The Willard is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Atlanta, Georgia.

4. Pursuant to Rule 15 of the Federal Rules of Civil Procedure and the Local Rules of this Court, a plaintiff may amend its Complaint with leave of court. Fed. R. Civ. P. 15(a); LCvR 7(i); LCvR 15.1. Under the Federal Rules of Civil Procedure, leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

5. The proposed amendment of the Complaint has no bearing on the merits of Defendant's responsive pleadings in this action, and no new claims are asserted against Defendant. Accordingly, Plaintiff respectfully requests that this Motion for Leave of Court to File Amended Complaint be granted and that it relate back to the time of its initial filing. (*See* Fed. R. Civ. P. 15(c)(2)).

6. An original and one red-lined Amended Complaint is hereto attached at Exhibits 1 and 2, respectively. Also attached is a proposed amended Corporate Disclosure Certificate pursuant to Rule LCvR 7.1. (*See* Exhibit 3.)

WHEREFORE, Plaintiff respectfully requests that this Court grant it leave to file its Amended Complaint, and that the Amended Complaint relate back to the original filing.

                    Respectfully submitted,

                    SEYFARTH SHAW LLP

                    ___s/Z. Taylor Shultz____
                    David A. Blake, Esq. (Bar No. 463940)
                    Z. Taylor Shultz, Esq. (Bar No. 485879)
                    SEYFARTH SHAW LLP
                    815 Connecticut Avenue, NW; Suite 500
                    Washington, DC  20006-4004
                    202-463-2400 (telephone)
                    202-828-5393 (facsimile)

Date:  August 3, 2006          *Attorneys for Plaintiff*