UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,<br><br>   Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>   Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

### ORDER

Upon consideration of Plaintiff's Motion For Leave To File Amended Complaint, it is this ___ day of _____, 2006 hereby ORDERED that:

Plaintiff's Motion For Leave To File Amended Complaint is GRANTED; and it is further

ORDERED that Plaintiff's Amended Complaint shall relate back to the time of the original filing on June 26, 2006.

    IT IS SO ORDERED.

                            Signed: _____
                                     Judge, United States District Court

                            Dated: _____, 2006

Copies to:

David A. Blake, Esq.
Z. Taylor Shultz, Esq.
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Ste. 500
Washington, D.C. 20006-4004

*Attorneys for Plaintiff*


Gary F. Bendinger, Esq.
David A. Greenwood, Esq.
Howrey LLP
170 South Main Street, Ste. 400
Salt Lake City, UT 84101

*Attorneys for Defendant*