# EXHIBIT 3

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Inter-Continental Hotels Corp., d/b/a )
Willard InterContinental Washington DC, )
)
)
           Plaintiff )   Civil Action No. 1:06CV01171
vs )
Basic Research, LLC, )
)
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Inter-Continental Hotels Corp.__ which have any outstanding securities in the hands of the public:

  InterContinental Hotels Group PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

485879
BAR IDENTIFICATION NO.

Zachary Taylor Shultz
Print Name

815 Connecticut Avenue, NW; Suite 500
Address

Washington, D.C.   20006-4004
City     State     Zip Code

202-463-2400
Phone Number