# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,<br><br>       Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:06-cv-01171-PLF<br>)<br>) Judge: Paul L. Friedman<br>)<br>)<br>)<br>) |

## DECLARATION OF KATE THOMPSON

I, Kate Thompson, hereby declare under penalty of perjury that the following is true and correct:

1. I am over eighteen years old and I have personal knowledge of the matters and facts set forth in this Declaration.

2. I am currently employed by Inter-Continental Hotels Corp., d/b/a Willard InterContinental Washington D.C. (the "Willard"), where I serve as a Senior Sales Manager.

3. In December of 2005, I was contacted by Ms. Lynnanne Swensen of Basic Research by a walk-in appointment at the Willard Hotel in Washington, D.C. Ms. Swensen stated that Basic Research needed numerous rooms, including suites, between February 27, 2006 and March 30, 2006 because Basic Research was involved in legal proceedings that would take place in Washington, D.C.

4. In my experience, a reservation of this magnitude (approximately 534 "room nights," including suites) on such short notice is a difficult request for the Willard to satisfy. In this case, I determined that the Willard would be able to accommodate BR.

DC1 30170684.1

5.  Over the course of the next few weeks, Ms. Swensen and I discussed the terms of what would become the signed Group Reservation Agreement.

6.  Even before signing the Group Reservation Agreement, the Willard held out of inventory the room types on the dates that Basic Research had requested.

7.  In late January, 2006 I signed the Group Reservation Agreement on behalf of the Willard after Ms. Swensen sent to me by facsimile a signed the Group Reservation Agreement on behalf of Basic Research.

8.  At that point, the Willard permanently held out of inventory the room types identified by Basic Research for the specified dates, and turned down patrons who wanted the same rooms.

9.  In accordance with the terms of the Group Reservation Agreement, Basic Research provided the Willard a $90,000 deposit in the form of a credit card number upon which the Willard could draw, and Basic Research also provided a rooming list for its guests.

10. I understood and believed the Group Reservation Agreement to be a legally binding contract.

_Aug 3, 2006_  
Date

_[signature]_  
Kate Thompson

Unsworn declaration executed in accordance with 28 U.S.C. § 1746, Pub. L. 94-550, Sec. 1(a), Oct. 18, 1976, 90 Stat. 2534.