# Exhibit A

# SEYFARTH
ATTORNEYS **SHAW** LLP

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004

Writer's direct phone
(202) 828-3523

202-463-2400
fax 202-828-5393

Writer's e-mail
dblake@dc.seyfarth.com

www.seyfarth.com

May 9, 2006

**VIA FEDERAL EXPRESS**
Ms. Leyanne Swensen
Basic Research
5742 Harold Gatty Drive
Salt Lake City, UT 84116

Re: **Demand For Payment**

Dear Ms. Swensen

    We are writing on behalf of Willard Inter-Continental Hotel (hereafter, the "Willard") to demand that Basic Research immediately pay its outstanding hotel bill in the amount of $132,591.00. As you know, the Willard and Basic Research entered into a Group Reservation Agreement (the "Agreement") whereby Basic Research agreed to pay the Willard no less than $222,591.00 in exchange for the Willard holding several hundred room-nights that Basic Research reserved. The Willard performed its end of the bargain; Basic Research, however, has wrongly refused to pay the $132,591.00 remaining on its bill.

    On several occasions over the past two months, the Willard has attempted to contact Basic Research and has reminded Basic Research of its obligation to pay the Willard pursuant to the terms of the party's Agreement. Basic Research has refused to respond, and has provided no explanation for its blatant failure to pay the amount that it owes.

    If Basic Research continues to ignore the Willard's demands, and remains in breach of the Agreement without excuse, the Willard will be left with no alternative but to take legal action to collect the outstanding balance, plus interest, costs and legal fees recoverable under the Agreement. In order to avoid such legal action, Basic Research must deliver to the Willard the entire outstanding balance of $132,591.00 on or before Wednesday, May 17, 2006.

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

DC1 30166120.1

**SEYFARTH SHAW** LLP
ATTORNEYS

Ms. Leyanne Swensen,
May 9, 2006
Page 2

Should you have any questions, please contact Taylor Shultz or me.

Sincerely,

SEYFARTH SHAW

*David Blake*

David Blake
Z. Taylor Shultz

DC1 30166120.1