# Exhibit B

**Shultz, Taylor**

---

**From:** Shultz, Taylor
**Sent:** Tuesday, May 30, 2006 6:19 PM
**To:** 'Jason.Kerr@basicresearch.org'
**Cc:** Blake, David
**Subject:** Willard - Basic Research


Contract.pdf (439 KB)

Jason,

Please see the attached eleven pages, which include the cover letter and fax cover sheets.

--Taylor

Z. Taylor Shultz
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C.  20006
t. (202) 463-2400
f. (202) 828-5393

1