# Exhibit C




JONATHAN A. DIBBLE (A0881)
PAUL C. BURKE (A7826)
**RAY, QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145
    Telephone: (801) 532-1500

*Attorneys for Defendant Willard InterContinental Washington D.C.*

**IN THE THIRD JUDICIAL DISTRICT COURT**

**IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| **BASIC RESEARCH, L.L.C.**, a Utah limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>**WILLARD INTERCONTINENTAL WASHINGTON D.C.**, and John Doe Corporations I-X.<br><br>Defendants. | NOTICE OF REMOVAL<br><br>Civil No. 060909137<br><br>Judge Tyrone E. Medley |

To:   Gary F. Bendinger, Esq,
      David A. Greenwood, Esq.
      Howrey LLP
      *Counsel for Plaintiff Basic Research L.L.C.*
      170 South Main Street, Suite 400
      Salt Lake City, Utah 84101

PLEASE TAKE NOTICE that on July 28, 2006, Defendant Willard InterContinental Washington D.C. filed a Notice of Removal for the above-captioned case with the Clerk of the United States District Court for the District of Utah and with the Clerk of the Third Judicial

District Court in and for Salt Lake County, State of Utah. A copy of the Notice filed with the United States District Court is attached hereto as Exhibit "A" and hereby served upon you.

RESPECTFULLY SUBMITTED this 28th day of July, 2006.

RAY, QUINNEY & NEBEKER P.C.

*(signature)*

Jonathan A. Dibble
Paul C. Burke

*Attorneys for Defendant*
*Willard InterContinental Washington D.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was mailed, postage prepaid, on this 28th day of July, 2006 to the following

>   Gary F. Bendinger, Esq.
>   David A. Greenwood, Esq.
>   **Howrey LLP**
>   *Counsel for Plaintiff Basic Research L.L.C.*
>   170 South Main Street, Suite 400
>   Salt Lake City, Utah 84101

*/s/ Jay Hardle*

885002

3

JONATHAN A. DIBBLE (A0881)
PAUL C. BURKE (A7826)
**RAY, QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145
 Telephone: (801) 532-1500

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 2 8 2006

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

*Attorneys for Defendant Willard InterContinental Washington D.C.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BASIC RESEARCH, L.L.C.**, a Utah limited liability company,<br><br>        Plaintiff<br><br>vs.<br><br>**WILLARD INTERCONTINENTAL WASHINGTON D.C.**, and John Doe Corporations I-X.<br><br>        Defendants. | **PETITION FOR REMOVAL**<br><br>Judge Ted Stewart<br>DECK TYPE: Civil<br>DATE STAMP: 07/28/2006 @ 15:27:28<br>CASE NUMBER: 2:06CV00626 TS |

Pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, Defendant Willard InterContinental Washington D.C. seeks removal of the above-captioned action to the United States District Court for the District of Utah. Defendant seeks removal for the reason that the parties are citizens of different states and, according to the complaint filed in Utah state court, the matter in controversy is at least $90,000.

In support of this request for removal, Defendant states as follows:

1. On June 28, 2006, Plaintiff Basic Research, L.L.C. issued a summons to Defendant Willard InterContinental Washington D.C. in an action entitled *Basic Research, L.L.C. v. Willard InterContinental Washington D.C. and John Doe Corporations I-X*. This action was filed in the Third Judicial District Court for the State of Utah and was assigned case no. 060909137. Copies of the summons and complaint are attached as Exhibit 1.

2. In the Complaint, Plaintiff alleges that it is a limited liability company "organized and existing under the laws of the State of Utah, with its principal place of business in Salt Lake City, Utah." *See* Complaint, Ex. 1, at ¶ 1.

3. The Complaint alleges that Willard InterContinental Washington D.C. "is a business of unknown corporate form, with its principal place of business in Washington, D.C." *See* Complaint, Ex. 1, at ¶ 2.

4. In fact, Willard InterContinental Washington D.C. is operated by a hotel management company, Inter-Continental Hotels Corporation, that does business in the District of Columbia under the name Willard InterContinental Washington D.C.

5. Inter-Continental Hotels Corporation is a Delaware corporation with its principal place of business at Three Ravinia Drive, Suite 100, Atlanta, Georgia.

6. As set forth above, Plaintiff and Defendant are citizens of different states.

7. The Complaint demands "reimbursement" of "$90,000" as well as other monetary relief. *See* Complaint, Ex. 1, at ¶¶ 35, 37, 38, and prayer for relief.

8. The United States District Court for the District of Utah accordingly has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this dispute is between citizens of different states and the relief sought in the Complaint is alleged to be in excess of $75,000.

9. This Notice of Removal is being filed within 30 days after receipt by Defendant Willard InterContinental Washington D.C. of a copy of the Summons and Complaint and therefore is timely filed under 28 U.S.C. § 1446(b).

10. This petition for removal does not represent a waiver of any defense or objection available to Defendant, including but not limited to any objection to service, personal jurisdiction, venue, or forum.

WHEREFORE, Defendant prays that the above-entitled action now pending in the in the Third Judicial District Court in and for Salt Lake County, State of Utah, be removed to the United States District Court for the District of Utah.

RESPECTFULLY SUBMITTED this 28th day of July, 2006.

RAY, QUINNEY & NEBEKER P.C.

_____
Jonathan A. Dibble
Paul C. Burke

*Attorneys for Defendant*
*Willard InterContinental Washington D.C.*

885002

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PETITION FOR REMOVAL** was mailed, postage prepaid, on this 28th day of July, 2006 to the following

    Gary F. Bendinger, Esq.
    David A. Greenwood, Esq.
    **Howrey LLP**
    *Counsel for Plaintiff Basic Research L.L.C.*
    170 South Main Street, Suite 400
    Salt Lake City, Utah 84101

_____
/s/ Jay Hardle

885002

4