# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLARD ASSOCIATES, a limited partnership, d/b/a WILLARD INTER-CONTINENTAL HOTEL,  Plaintiff,  v.  BASIC RESEARCH, LLC,  Defendant. | Civil Case No. 1:06-cv-01171-PLF  Judge: Paul L. Friedman |

### DECLARATION OF GERALD COTE

I, Gerald Cote, hereby declare under penalty of perjury that the following is true and correct:

1. I am over eighteen years old and I have personal knowledge of the matters and facts set forth in this Declaration.

2. I am currently employed by Inter-Continental Hotels Corp., d/b/a Willard InterContinental Washington D.C. (the "Willard"), where I serve as Controller.

3. Inter-Continental Hotels Corp. does not operate or manage any hotels or other properties in the State of Utah.

_8/3/06_
Date

_Gerald Cote_
Gerald Cote

Unsworn declaration executed in accordance with 28 U.S.C. § 1746, Pub. L. 94-550, Sec. 1(a), Oct. 18, 1976, 90 Stat. 2534.