# Exhibit E

## Shultz, Taylor

**From:** Jason Kerr [Jason.Kerr@basicresearch.org]
**Sent:** Tuesday, June 06, 2006 2:38 PM
**To:** Shultz, Taylor
**Cc:** Steph Nagin
**Subject:** Possible settlement of Willard/Basic Dispute (Confidential Settlement Negotiations not Admissible Under Utah Rule Evid. 408)

Taylor,

As we discussed last week, Basic Research is interested in negotiating an amicable resolution to this matter. Basic has done significant business with Washington, D.C. hotels in the past, and we would like to use the Willard in the future. However, enforcement of the "contract" that you claim gives the Willard the right to more than $220,000 of Basic's money for rooms it never used and for a reservation it timely cancelled is not the best way nourish the Basic/Willard relationship.

As we discussed last week, the "contract" is no contract. It was never validly signed by anyone with authority to bind basic, and it specifically says that if Basic canceled its reservation by 6:00 pm the day prior to the scheduled arrival – which it did – Basic would not be liable for no show fees.

Because the Willard has wrongfully retained Basic's $90,000 deposit, Basic filed the attached complaint in Utah state court last week.

Basic is willing to negotiate. We think that we can find a mutually beneficial settlement. Our director of travel has some ideas that he would like to discuss directly with the Willard's management, face to face in D.C. Any discussions in D.C. would of course be subject to Utah Rule of Evidence 408 (or the equivalent under D.C. law) and would not be admissible in any court action. We would like to schedule the meeting as soon as possible, perhaps within the next week or two.

Sincerely,

Jason Kerr


CONFIDENTIALITY NOTICE

UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW

Electronic Communication Privacy Act of 1986 U.S.C. 27019(a) and 2702(a)

The contents of this transmission may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone (or by reply e-mail) and delete this message. This message is protected by Constitutional Rights and applicable legal privileges. It is strictly confidential.