CO-386-online
10/03

# United States District Court
# For the District of Columbia

Inter-Continental Hotels Corp., d/b/a )
Willard InterContinental Washington DC, )
)
            Plaintiff )
)
vs )
)
Basic Research, LLC, )
)
)
            Defendant )

Civil Action No.  1:06CV01171

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Plaintiff                        certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Inter-Continental Hotels Corp.         which have

any outstanding securities in the hands of the public:

    InterContinental Hotels Group PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

485879
_____
BAR IDENTIFICATION NO.

Zachary Taylor Shultz
_____
Print Name

815 Connecticut Avenue, NW; Suite 500
_____
Address

Washington, D.C.  20006-4004
_____
City         State         Zip Code

202-463-2400
_____
Phone Number