UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a WILLARD INTERCONTINENTAL WASHINGTON DC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BASIC RESEARCH, LLC,<br><br>　　　　Defendant. | JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS<br><br>Case No. 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

## JOINT MOTION TO STAY PROCEEDINGS

The parties, by and through their counsel of record, request that the Court enter an Order granting this motion to stay the proceedings in this matter for fifteen (15) days pending the outcome of ongoing settlement negotiations. The parties anticipate that settlement documents will be executed and a motion for dismissal filed before the expiration of the fifteen-day stay. As such, the parties jointly request that the Court enter an Order substantially in the form of the Proposed Order attached hereto as Exhibit A.

DATED this 24th day of August, 2006.

By: _____/s/_____
    Joseph Walker (DC Bar No. 452911)
    Richard W. Beckler (DC Bar No. 262246)
    Howrey LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
    (202) 783-0800 (Telephone)
    (202) 383-6610 (Fax)

    Gary F. Bendinger (UT Bar No. 00281)
    Christopher B. Sullivan (IL Bar No. 6230362)
    Howrey LLP
    170 South Main Street, Suite 400
    Salt Lake City, Utah 84101
    (801) 533-8383 (Telephone)
    (801) 531-1486 (Fax)

    Attorneys for Defendant Basic Research, LLC


By: _____/s/ (with permission)_____
    David A. Blake (DC Bar No. 463940)
    Z. Taylor Shultz (DC Bar No. 485879)
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, NW; Suite 500
    Washington, DC 20006
    (202) 463-2400 (Telephone)
    (202) 828-5293 (Fax)

    Attorneys for Plaintiff Inter-Continental Hotels Corp.,
    d/b/a Willard InterContinental Washington DC

## CERTIFICATE OF SERVICE

 I hereby certify that on this 24th day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

David A. Blake
Z. Taylor Shultz  tshultz@seyfarth.com

           _____/s/_____
           Lois Freedman