UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a WILLARD INTERCONTINENTAL WASHINGTON DC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BASIC RESEARCH, LLC,<br><br>　　　　　Defendant. | [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS<br><br><br><br>Case No. 1:06-cv-01171-PLF<br>Judge: Paul L. Friedman |

　　　Based on the stipulation of the parties, and for good cause appearing, this Court ORDERS that the proceedings in this matter be stayed for fifteen (15) days.

　　　If no motion for dismissal is filed prior to the expiration of the fifteen-day stay, the parties shall file a Joint Status Report updating the Court on the status of the parties' settlement negotiations.

　　　DATED this ____ day of _____, 2006.

　　　　　　BY THE COURT:


　　　　　　_____
　　　　　　Honorable Paul L. Friedman

4