UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
INTER-CONTINENTAL HOTELS CORP.              )
*doing business as*                         )
WILLARD INTERCONTINENTAL                    )
WASHINGTON, DC,                             )
                                            )
        Plaintiff,                          )
                                            )
    v.                                      )   Civil Action No. 06-1171 (PLF)
                                            )
BASIC RESEARCH, LLC,                        )
                                            )
        Defendant.                          )
_____)

ORDER

On August 24, 2006, the parties filed a joint motion to stay the proceedings pending settlement negotiations. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice. All pending motions are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 25, 2006