# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a WILLARD INTERCONTINENTAL WASHINGTON, DC <br><br> Plaintiff, <br><br> v. <br><br> BASIC RESEARCH, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Case No. 1:06-cv-01171-PLF <br> ) <br> )    Judge: Paul L. Friedman <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION TO STAY DISMISSAL WITH PREJUDICE, OR, IN THE ALTERNATIVE, TO REOPEN CASE

COMES NOW Plaintiff Inter-Continental Hotels Corp., d/b/a Willard Inter-Continental Washington, DC ("Willard"), and hereby requests that this Court stay dismissal of the above-captioned action or, in the alternative, enter an Order reopening the case. In support of this Motion, Willard states as follows:

1.  On or about Thursday, August 24, 2006, Willard and defendant Basic Research LLC ("Basic Research") filed a Joint Motion to Stay Proceedings pending the outcome of ongoing settlement negotiations.

2.  On or about Friday, August 25, 2006, this Court entered an Order dismissing the above-captioned action without prejudice. The Court stated that should the parties fail to reach a settlement within 30 days, the parties may file a motion to reopen the case. The Court further stated that in the absence of such a motion, the case would be dismissed with prejudice after the expiration of 30 days. (See Exhibit A, attached hereto.)

3.     The parties have been engaged in good faith settlement discussions over the last

month, however, the parties have not reached a final agreement as to the terms of the prospective

settlement.

4.     WHEREFORE, the Willard respectfully requests that this Court enter an Order

staying the prejudicial dismissal of the case for another fifteen (15) days while Willard attempts

to resolve the remaining differences as to the terms of the settlement agreement with Basic

Research.  In the alternative, Willard respectfully requests that this Court enter an Order

reopening the above-captioned action.  A proposed Order is hereto attached at Exhibit B.

Respectfully submitted,

SEYFARTH SHAW LLP

_s/Z. Taylor Shultz_____
Z. Taylor Shultz, Esq. (Bar No. 485879)
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW; Suite 500
Washington, DC  20006-4004
202-463-2400 (telephone)
202-828-5393 (facsimile)

Date:  September 22, 2006          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Stay Dismissal With

Prejudice Or, In The Alternative, To Reopen Case, was filed electronically through this Court's

CM/ECF system and also sent by United States mail this 22nd day of September, 2006 to:

        Gary F. Bendinger, Esq.
        David A. Greenwood, Esq.
        Howrey LLP
        170 South Main Street, Suite 400
        Salt Lake City, UT  84101


        ___s/Z. Taylor Shultz_____
        Z. Taylor Shultz