# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a WILLARD INTERCONTINENTAL WASHINGTON, DC <br><br>        Plaintiff, <br><br> v. <br><br> BASIC RESEARCH, LLC, <br><br>        Defendant. | Civil Case No. 1:06-cv-01171-PLF <br><br> Judge: Paul L. Friedman |

## PROPOSED ORDER

On September 22, 2006, Plaintiff in the above-captioned case filed a Motion to Stay Dismissal With Prejudice Or, In The Alternative, To Reopen Case (the "Motion"). Upon consideration of said Motion, and for good cause appearing, its is hereby

ORDERED that the case not be dismissed with prejudice for a period of fifteen (15) days from the date of this Order. If settlement is not consummated within such fifteen (15) day period, the parties may reopen the action upon motion approved by the Court. Should the parties fail to move to reopen the case within fifteen (15) days from the date of this Order, the matter shall, without further order, stand dismissed with prejudice.

IN THE ALTERNATIVE, it is hereby ORDERED that the case be reopened.

SO ORDERED.

Dated:_____                                                   _____
                                                              United State District Judge