UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP. d/b/a<br>WILLARD INTERCONTINENTAL WASHINGTON, DC<br><br>    Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>    Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

## JOINT MOTION TO STAY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Inter-Continental Hotels Corp. d/b/a Willard Inter-Continental Washington, DC ("Willard") and Basic Research LLC ("Basic Research") (together, the "Parties"), and hereby jointly request that this Court stay dismissal of the above-captioned action. In support of this Motion, the Parties state as follows:

1. On or about Thursday, August 24, 2006, Willard and Basic Research filed a Joint Motion to Stay Proceedings pending the outcome of ongoing settlement negotiations.

2. On or about Friday, August 25, 2006, this Court entered an Order dismissing the above-captioned action without prejudice. The Court further stated that should the parties fail to reach a settlement within 30 days, the parties may file a motion to re-open the case. The Court further stated that in the absence of such a motion, the case would be dismissed with prejudice after the expiration of 30 days.

3. On or about September 22, 2006, Plaintiff filed a Motion to Stay Dismissal With Prejudice Or, In The Alternative, To Reopen Case, to allow the Parties additional time to negotiate the final terms of a potential settlement agreement between the two.

DC1 30174299.1

4.      On or about September 25, 2006, this Court entered an Order staying the prejudicial dismissal of the case for 15 days.  The Court's Order further stated that should the Parties fail to reach a settlement within 15 days, the Parties may file a motion to reopen the case, and in the absence of such a motion, the case would be dismissed with prejudice after the expiration of 15 days.  (See Exhibit A, hereto attached.)

5.      The Parties have been engaged in good faith settlement negotiations and have agreed in principle to the final terms of the settlement, however, because of travel arrangements, the Chief Executive Officer of Basic Research has not been available to review and/or execute the final agreement.  Therefore, there is no full and final settlement yet existing between the Parties.

DC1 30174299.1

6.   WHEREFORE, the Parties respectfully request that this Court enter an Order staying the prejudicial dismissal of the case for a period of ten (10) days to allow the Parties an opportunity to reach a full and final settlement as to disputes underlying this case. A proposed Order is hereto attached at Exhibit B.

                        Respectfully submitted,

                        SEYFARTH SHAW LLP

                        ___s/Z. Taylor Shultz_____
Z. Taylor Shultz, Esq. (Bar No. 485879)
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW; Suite 500
Washington, DC 20006-4004
202-463-2400 (telephone)
202-828-5393 (facsimile)
*Attorneys for Plaintiff*

and

HOWREY LLP

   ___/s/ Christopher B. Sullivan_____
Gary F. Bendinger (UT Bar No. 00281)
Christopher B. Sullivan (IL Bar No. 6230362)
Howrey LLP
170 South Main Street, Suite 400
Salt Lake City, Utah 84101
(801) 533-8383 (Telephone)
(801) 531-1486 (Fax)

Joseph Walker (DC Bar No. 452911)
Richard W. Beckler (DC Bar No. 262246)
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800 (Telephone)
(202) 383-6610 (Fax)
*Attorneys for Defendant*

Date: October 9, 2006

DC1 30174299.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Stay Dismissal With Prejudice was filed this 9th day of October, 2006 electronically using this Court's CM/ECF system which sent notification of such filing to:

>Gary F. Bendinger, Esq.
>David A. Greenwood, Esq.
>Howrey LLP
>170 South Main Street, Suite 400
>Salt Lake City, Utah  84101


>  s/Z. Taylor Shultz
>  Z. Taylor Shultz

DC1 30174299.1