EXHIBIT A

Morrow, Susan
___

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, September 25, 2006 5:00 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-01171-PLF WILLARD ASSOCIATES v. BASIC RESEARCH LLC "Order on Motion to Stay"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from MA, entered on 9/25/2006 at 5:00 PM and filed on 9/25/2006
**Case Name:**      WILLARD ASSOCIATES v. BASIC RESEARCH LLC
**Case Number:**    1:06-cv-1171
**Filer:**
**WARNING: CASE CLOSED on 08/25/2006**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [16] plaintiff's motion to stay dismissal with prejudice for a period of 15 days from the date of this order. Signed by Judge Paul L. Friedman on September 25, 2006. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-1171 Notice will be electronically mailed to:**

Gary F. Bendinger     bendingerg@howrey.com

Zachary Taylor Shultz    tshultz@seyfarth.com

Christopher B. Sullivan    sullivanc@howrey.com

Joseph Walker     walkerj@howrey.com

**1:06-cv-1171 Notice will be delivered by other means to:**

10/9/2006