EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a WILLARD INTERCONTINENTAL WASHINGTON DC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BASIC RESEARCH, LLC, )<br>)<br>Defendant. ) | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

### PROPOSED ORDER

On October 9, 2006, the parties in the above-captioned case filed a Joint Motion to Stay Dismissal With Prejudice. Upon consideration of said Motion, and for good cause appearing, it is hereby:

ORDERED that the case not be dismissed with prejudice for a period of ten (10) days from the date of this Order. If settlement is not consummated within such ten (10) day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within ten (10) days from the date of this Order, the matter, without further order, shall stand dismissed with prejudice.

SO ORDERED.

Date:_____

_____
United State District Judge

DC1 30174299.1