UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP. d/b/a<br>WILLARD INTERCONTINENTAL WASHINGTON, DC<br><br>Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC<br><br>Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Inter-Continental Hotels Corp. d/b/a Willard Inter-Continental Washington, DC and Defendant Basic Research LLC (together, the "Parties"), each by undersigned counsel, and hereby submit this Joint Stipulation of Dismissal With Prejudice. The Parties respectfully request that this Court enter an Order dismissing the above-captioned lawsuit in its entirety with prejudice. A proposed Order is hereto attached at Exhibit A.

Respectfully submitted,

| | |
|---|---|
| SEYFARTH SHAW LLP | HOWREY LLP |
| s/Z. Taylor Shultz | /s/ Christopher B. Sullivan |
| Z. Taylor Shultz, Esq. (Bar No. 485879)<br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, NW, Suite 500<br>Washington, DC 20006-4004<br>202-463-2400 (Tel.)/202-828-5393(Fax)<br>*Attorneys for Plaintiff* | Gary F. Bendinger (UT Bar No. 00281)<br>Christopher B. Sullivan (IL Bar No. 6230362)<br>Howrey LLP<br>170 South Main Street, Suite 400<br>Salt Lake City, Utah 84101<br>(801) 533-8383 (Telephone)/(801) 531-1486 (Fax) |
| | Joseph Walker (DC Bar No. 452911)<br>Richard W. Beckler (DC Bar No. 262246)<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 783-0800 (Telephone)/(202) 383-6610 (Fax)<br>*Attorneys for Defendant* |
| Date: October 17, 2006 | |

DC1 30174793.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Joint Stipulation of Dismissal With Prejudice and Proposed Order was filed this 17th day of October, 2006 electronically using this Court's CM/ECF system, which sent notification of such filing to:

>Gary F. Bendinger, Esq.
>David A. Greenwood, Esq.
>Howrey LLP
>170 South Main Street, Suite 400
>Salt Lake City, Utah  84101

                                              ___s/Z. Taylor Shultz_____
                                              Z. Taylor Shultz