# EXHIBIT A

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTER-CONTINENTAL HOTELS CORP., d/b/a<br>WILLARD INTERCONTINENTAL WASHINGTON DC<br><br>Plaintiff,<br><br>v.<br><br>BASIC RESEARCH, LLC,<br><br>Defendant. | Civil Case No. 1:06-cv-01171-PLF<br><br>Judge: Paul L. Friedman |

### PROPOSED ORDER

On October 17, 2006, the parties in the above-captioned case filed a Joint Stipulation Of Dismissal With Prejudice (the "Stipulation"). Upon consideration of said Stipulation, it is hereby:

ORDERED that this case is dismissed <u>with</u> prejudice in its entirety.

SO ORDERED.

Date:_____

_____
United State District Judge

DC1 30174793.1