UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INTER-CONTINENTAL HOTELS CORP., d/b/a )
WILLARD INTERCONTINENTAL WASHINGTON DC )
)
    Plaintiff, )
)
v. )
)
BASIC RESEARCH, LLC, )
)
    Defendant. )
)

Civil Case No. 1:06-cv-01171-PLF

Judge: Paul L. Friedman

## ~~PROPOSED~~ ORDER

On October 17, 2006, the parties in the above-captioned case filed a Joint Stipulation Of Dismissal With Prejudice (the "Stipulation"). Upon consideration of said Stipulation, it is hereby:

ORDERED that this case is dismissed <u>with</u> prejudice in its entirety.

SO ORDERED.

Date: 10/23/06

_____
United State District Judge

DC1 30174793.1